**C. F. MUELLER CO., Plaintiff-Appellant, v. CLERMONT MACH. CO., Inc., Defendant-Appellee.**

Circuit Court of Appeals, Second Circuit. June 16, 1927.

No. 379.

Appeal from the District Court of the United States for the Eastern District of New York.

Mayer, Warfield & Watson, of New York City (F. P. Warfield, Lawrence Bristol and Donald L. Brown, all of New York City, of counsel), for appellant.

Newell & Spencer, of New York City (Emerson R. Newell, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (20 F.[2d] 413) affirmed, with costs.